# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GERARD A. SANCHEZ SR.,

     Plaintiff(s),

v.

VERIZON COMMUNICATIONS, INC.,

     Defendant(s).

Case No.: 2:18-cv-01432-GMN-NJK

**REPORT AND RECOMMENDATION**

On August 12, 2019, the Court screened Plaintiff's second amended complaint. Docket No. 12. The Court found that Plaintiff's complaint was deficient. *Id.* at 2–4. As a result, the Court dismissed Plaintiff's complaint and granted Plaintiff leave to amend the complaint, requiring that a third amended complaint be filed no later than September 11, 2019. *Id.* at 5. The Court warned that "**[f]ailure to file a third amended complaint as required herein will result in a recommendation that this case be dismissed without prejudice**." *Id.* (emphasis in original). To date, the Court has not received a third amended complaint or any request to extend the deadline for filing one. *See* Docket.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: September 17, 2019

_____

Nancy J. Koppe
United States Magistrate Judge

1

1

**NOTICE**

2      This report and recommendation is submitted to the United States district judge assigned

3   to this case pursuant to 28 U.S.C. § 636(b)(1).   A party who objects to this report and

4   recommendation must file a written objection supported by points and authorities within fourteen

5   days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file

6   a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951

7   F.2d 1153, 1157 (9th Cir. 1991).

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28