|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

GERARD A. SANCHEZ, SR., )
)
        Plaintiff, )   Case No.: 2:18-cv-01432-GMN-NJK
  vs. )
) **ORDER**
)
VERIZON COMMUNICATIONS, INC., )
)
        Defendant. )
)
)

     Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy Koppe, (ECF No. 13), which recommends that Plaintiff Gerard A. Sanchez's case be dismissed without prejudice. On August 12, 2019, Judge Koppe issued an Order, (ECF No. 11), dismissing Plaintiff's Second Amended Complaint without prejudice. The Order provided Plaintiff the opportunity to cure the deficiencies of the Second Amended Complaint in a third amended complaint filed by September 11, 2019. (Order 5:3–13, ECF No. 11). The Order notified Plaintiff that failure to file a third amended complaint "will result in a recommendation that this case be dismissed without prejudice." (*Id.* 5:14–15). Plaintiff neither filed a third amended complaint, nor did he object to Judge Koppe's R&R to dismiss the case without prejudice.

     A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, October 1, 2019, has passed. (Min. Order, ECF No. 13).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 13), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's case is **DISMISSED without prejudice**. The Clerk of the Court shall enter judgment accordingly and close the case.

**DATED** this __8__ day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court